Loraine LEZOTTE, a Minor, by Her Guardian, Henry G. Cochrane, v. Benjamin SHLAIN.

No. 7564.

Circuit Court of Appeals, Sixth Circuit.

Nov. 11, 1936.

Harry J. Lippman, of Detroit, Mich., for appellant.

Brown & Springstun, of Detroit, Mich., for appellee.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

It appearing to the court that a motion to docket and dismiss the appeal has been filed, accompanied by certificate of the clerk of the District Court as required by rule 18, and it further appearing that appellant has failed to file the record or docket the case by or before the return

day and that there has been no extension of time therefor,

On consideration whereof it is ordered that the appeal be, and the same is, docketed and dismissed.